IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| QUINTON TANNER SMITH, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:18-CV-91 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

# ORDER

The Court is in receipt of Respondent's Motion for Summary Judgment, Dkt. No. 15, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 19. The deadline to file objections to the M&R has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline); *see also* M&R, Dkt. No. 19 at 13 (advising parties of the 14-day deadline).

After independently reviewing the record, the filings, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 19. Accordingly, the Court **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 15. The Court **DISMISSES** the above-captioned case and **DENIES** Petitioner a Certificate of Appealability.

Final judgment will be entered separately.

SIGNED this 14th day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge